
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00021-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LEILA McCOY, et al.,

    Plaintiff,

v.

CO DEPT. OF HUMAN SERVICES,
EL PASO COUNTY DEPT. OF HUMAN SERVICES,
ROSLYN HENCE-RANDALL, Individually and in her Professional Capacity, and
SHIRLEY RUDD, Individually and in her Professional Capacity,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Leila McCoy currently resides in Colorado Springs, Colorado.  On January 5, 2015, she submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   ___   is not submitted
(2)   _X_   is not on proper form (must use the Court's Long Form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9)  ___  is not submitted
(10) ___  is not on proper form (must use the court's current form)
(11) ___  is missing an original signature by the Plaintiff
(12) ___  is incomplete
(13) ___  uses et al. instead of listing all parties in caption
(14) ___  names in caption do not match names in text of Complaint
(15) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 6, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge